# BOARD OF SUPERVISORS OF CITY AND COUNTY OF SAN FRANCISCO v. SUPERIOR COURT.

### S. F. No. 1131; September 17, 1897.

#### 50 Pac. 432.

**Certiorari.—Errors in Proceedings, not Involving Excess of jurisdiction, cannot be reviewed by certiorari.**

Petition for certiorari by the board of supervisors of the city and county of San Francisco against the superior court. Writ denied.

G. W. McEnerney and E. S. Pillsbury for petitioner.

PER CURIAM.—Petition for certiorari to review the judgment of the superior court removing the board of supervisors of the city and county of San Francisco from office in a proceeding under the provisions of the act of March 7, 1881 (Stats. 1881, p. 54). The writ must be denied. The facts alleged disclose no excess of jurisdiction; and error in the proceedings, not involving excess of jurisdiction, if there was such error, cannot be reviewed by certiorari.